# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GERARDO SANCHEZ, TRINIDAD SANCHEZ, and BALDOMERO GARCIA MARIA, on behalf of themselves and all other persons similarly situated, known and unknown,<br><br>          Plaintiffs,<br><br>  v.<br><br>SPEX 3624, INC., SPEX 1235, INC., and SHAHID PERVAZ, individually,<br><br>          Defendants. | Case No. 1:16-cv-08834<br><br>Judge Shadur |

## JOINT STIPULATION OF DISMISSAL

Plaintiffs Gerardo Sanchez, Trinidad Sanchez, and Baldomero Garcia Maria and Defendants Spex 3624, Inc., Spex 1235, Inc., and Shahid Pervaz, through their counsel, hereby stipulate that the above case be dismissed with prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

                                            Respectfully submitted,

Dated: June 13, 2017

| | |
|---|---|
| s/Douglas M. Werman | s/Howard Peritz  (w/consent) |
| Douglas M. Werman<br>Maureen A. Salas<br>Sarah J. Arendt<br>Zachary C. Flowerree<br>Werman Salas P.C.<br>77 West Washington Street, Suite 1402<br>Chicago, Illinois 60602<br>(312) 419-1008<br><br>Attorneys for Plaintiffs | Howard Peritz<br>Law Offices of Howard Peritz<br>1121 Lake Cook Rd., Ste. P<br>Deerfield, IL  60015<br>(847)562-5880<br><br>Attorney for Defendants |